

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2017

No. 04-16-00014-CR

Robert Adrian **RENDON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR11270
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

The reporter's record was filed on July 7, 2016. On December 14, 2016, appellant notified this court, stating the court reporter did not file two exhibits – State's Exhibits 3 and 13 – in this court. Appellant further stated the court reporter is retired but provided him with copies of the exhibits prior to her retirement and he has provided a copy of those exhibits to the State. Pursuant to Texas Rule of Appellate Procedure 34.6(e), the parties may agree to correct an inaccuracy in the reporter's record, including an exhibit, without the court reporter's recertification. *See* TEX. R. APP. P. 34.(e). Therefore, we **ORDER** the parties to file a written response on or before **January 16, 2017** stating whether they can agree to correct the alleged inaccuracy contained within the reporter's record by filing a copy of State's Exhibits 3 and 13 as provided to them by the court reporter prior to her retirement. The parties should attach a copy of the agreed exhibits to their response.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court